JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

TOONY KHANH KIM,                        ) Case No: 2:25-cv-09078-DSR
    Plaintiff,                          )
                                        ) ~~[PROPOSED]~~
       vs.                            ) **JUDGMENT**
                                        )
FRANK BISIGNANO,                        )
Commissioner of Social Security,        )
                                        )
    Defendant.                          )
                                        )

    The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  January 23, 2026         _____

                         HON. DANIEL S. ROBERTS
                         UNITED STATES MAGISTRATE JUDGE